THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Nathaniel
 Johnson, Jr., Appellant.
 
 
 

Appeal From Beaufort County
Howard P. King, Circuit Court Judge
Unpublished Opinion No. 2008-UP- 690
Submitted December 1, 2008  Filed
 December 11, 2008 
AFFIRMED 

 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Julie M. Thames, all of Columbia; and I. McDuffie Stone III,
 of Beaufort, for Respondent.
 
 

PER CURIAM: Nathaniel
 Johnson, Jr. appeals his convictions for kidnapping and first-degree criminal
 sexual conduct, alleging the trial court erred in denying his motion for a
 mistrial.  We affirm pursuant to Rule 220(b)(1), SCACR, and the following
 authority: State v. Walker, 366 S.C. 643, 658-59, 623 S.E.2d 122, 130 (Ct. App.
 2005) (stating a trial courts instruction to disregard incompetent evidence or
 improper testimony is deemed to have cured any alleged error; therefore, to preserve
 the issue for review, a party must contemporaneously object to the curative
 instruction as insufficient or move for a mistrial). 
AFFIRMED.[1] 
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.